UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PRODUCTION TOOL SUPPLY COMPANY, LLC AND PRODUCTION TOOL SUPPLY COMPANY EMPLOYEE BENEFIT PLAN, | Case No. 16-cv-10138<br><br>Honorable Robert H. Cleland |
| Plaintiffs, | |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

## ORDER OF JUDGMENT IN FAVOR OF PLAINTIFFS

**IT IS ORDERED** that Judgment is entered in favor of Plaintiffs in the amount of $2,500,000.00, inclusive of all interest, costs, and attorney fees.

**IT IS SO ORDERED.**

Dated: September 28, 2016          s/Robert H. Cleland
                                   Honorable Robert H. Cleland
                                   United States District Judge

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 26, 2016, by electronic and/or ordinary mail.

                                   s/Lisa Wagner
                                   Case Manager and Deputy Clerk
                                   313-234-5522

1

The parties hereby stipulate to the form of the above Order of Judgment in Favor of Plaintiffs:

| | |
|---|---|
| By:  /s/ Kyle P. Konwinski<br>Perrin Rynders (P38221)<br>Aaron Phelps (64790)<br>Kyle P. Konwinski (P76257)<br>Varnum LLP<br>Attorneys for Plaintiff<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>616/336-6000<br>prynders@varnumlaw.com<br>aphelps@varnumlaw.com<br>kpkonwinski@varnumlaw.com<br>Date: 9/26/2016 | By:   /s/ Matthew R. Rechtien<br>Donovan S. Asmar (P77951)<br>Matthew R. Rechtien (P71271)<br>Bodman PLC<br>Attorneys for Defendant<br>West Big Beaver Road, Suite 500 Troy, MI  48084<br>248-743-6000<br>dasmar@bodmanlaw.com<br>mrechtien@bodmanlaw.com<br><br>Date: 9/26/2016 |

10949101_1.docx